FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2010 OCT -1 PM 2: 13
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

REX BARLOW SHAFER, )
)
    Petitioner, )
)
v. ) CASE NO. CV410-199
)
JACK KOON, Warden, Coastal )
State Prison, )
)
    Respondent. )
)

### O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 3), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Accordingly, the Clerk of Court is **DIRECTED** to **TRANSFER** this case to United States District Court for the Northern District of Georgia, Rome Division. Upon transfer, the Clerk of Court is **DIRECTED** to **CLOSE** this case.

SO ORDERED this 1st day of October 2010.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA